IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| JEFFREY PHILLIPS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO. |
| | ) | |
| JONATHON HILL, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff Jeffrey Phillips complains of defendants, stating as follows:

### Parties

1. Plaintiff Jeffrey Phillips is of legal age and a citizen and resident of the state of Alabama.

2. Defendant Jonathon Hill was a DeKalb County Deputy Sheriff at all times relevant to the allegations in this complaint and is a resident and citizen of the state of Alabama. He is sued in his individual capacity.

### Facts

3. On or about July 6, 2009, at around 11:15 p.m., on County Road 121 in DeKalb County, Deputy Hill attempted to stop plaintiff, who was on a motorcycle. Plaintiff did not immediately stop.

4. After some distance, plaintiff gave up, started slowing down and put his

hands in the air.

5. Rather than letting plaintiff stop on his own, Hill bumped plaintiff's motorcycle with the patrol car.

6. Plaintiff laid the motorcycle down, got off of the motorcycle standing, and put his hands in the air over his head.

7. Hill cuffed plaintiff and took him to the ground.

8. Hill shackled plaintiff's feet and hogtied him.

9. Hill then flipped plaintiff over onto his back with assistance from other officers who had arrived on the scene.

10. Hill and other DeKalb County deputies who had arrived on the scene, whose identity is unknown at this time, then proceeded to beat plaintiff, knocking out front teeth and breaking bones in his face.

11. Defendant acted with malice and/or with reckless disregard for plaintiff's constitutional rights.

### Count I - 42 U.S.C. § 1983 - Excessive Force

12. On or about July 6, 2009, Hill, acting under color of state law within the meaning prescribed by 42 U.S.C. § 1983, assaulted and battered plaintiff. Defendant did thereby deprive plaintiff of his rights under the Fourth and Fourteenth Amendments to the Constitution of the United States in violation of 42 U.S.C. §

1983. Specifically, he violated plaintiff's right to be free from excessive force.

13. As a result of the conduct of defendant, plaintiff has been caused to suffer physical and emotional injuries and damages, embarrassment, and humiliation and has been caused to incur medical bills and other expenses.

## Other Matters

14. All conditions precedent to the bringing of this suit have occurred.

## Relief Sought

15. As relief, plaintiff seeks the following:

   a. That he be awarded such compensatory damages as a jury shall determine from the evidence he is entitled to recover;

   b. That he be awarded such punitive damages as a jury shall determine from the evidence he is entitled to recover;

   a. That he be awarded prejudgment and postjudgment interest at the highest rates allowed by law;

   b. That he be awarded the costs of this action, his reasonable attorney's fees, and his reasonable expert witness fees;

   e. That he be awarded such other and further relief to which he is justly entitled.

**Dated:  March 18, 2011.**

Respectfully submitted,

*[signature]*

Henry F. Sherrod III (ASB-1200-D63H)
HENRY F. SHERROD III, P.C.
119 South Court Street
P. O. Box 606
Florence, Alabama 35631-0606
Phone: 256-764-4141
Fax: 877-684-0802
Email: hank@alcivilrights.com

Attorney for Plaintiff

## Jury Demand

Plaintiff requests a trial by jury.

*[signature]*

Henry F. Sherrod III

4